# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MINUTES - Status Conference

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| Deontae Jackson, | |
| Defendant. | |

**COURT MINUTES**
BEFORE: Patrick J. Schiltz
U.S. District Judge

| | |
|---|---|
| Case No: | 24-CR-0293(7) (PJS/DTS) |
| Date: | December 23, 2025 |
| Court Reporter: | Janell Gruber |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 9:37 a.m. |
| Time Concluded: | 9:39 a.m. |
| Time in Court: | 2 Minutes |

## APPEARANCES:

Plaintiff: Garrett S. Fields and David M. Classen, Assistant U.S. Attorneys
Defendant: Melvin R. Welch   ☐ FPD   ☒ CJA   ☐ Retained   ☐ Appointed

## MINUTES:

Status Conference held. Defendant permitted to file a motion for a continuance.

/s/ CJS
Signature of Courtroom Deputy